UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ann M. Hanczewski,

    Plaintiff,

v.                                                Case No. 10-10133

Commissioner of Social Security,          Honorable Sean F. Cox

    Defendant.
_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

Plaintiff brought this action under 42 U.S.C. §405(g) challenging a final decision of Defendant Commissioner denying her application for disability and disability insurance benefits under the Social Security Act. Thereafter, both parties filed motions, which were referred to Magistrate Judge Mona K. Majzoub pursuant to 28 U.S.C. §636(b). On January 21, 2011, Magistrate Judge Majzoub issued her R&R, wherein she recommends that: 1) Defendant's Motion for Summary Judgment be denied; and 2) Plaintiff's Motion to Remand be granted and this case be remanded to the administrative level for further proceedings, pursuant to sentence six of 42 U.S.C. § 405(g).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither

1

party has filed objections to the R&R.

The Court hereby ADOPTS the January 21, 2011 R&R. IT IS ORDERED that Defendant's Motion for Summary Judgment is DENIED. It is FURTHER ORDERED that Plaintiff's Motion for Remand is GRANTED and this case is REMANDED to the administrative level for further proceedings, pursuant to sentence six of 42 U.S.C. § 405(g), as set forth in the January 21, 2011 R&R.

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: February 22, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 22, 2011, by electronic and/or ordinary mail.

S/Jennifer Hernandez
Case Manager