IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANN M. HANCZEWSKI, | ) | |
| | ) | CIVIL ACTION NO. 10-cv-10133 |
| Plaintiff, | ) | |
| | ) | |
| | ) | Judge Sean F. Cox |
| COMMISSIONER OF, | ) | Magistrate Judge Mona K. Majzoub |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter having been remanded to the agency pursuant to Order entered February 22, 2011; the proceedings having been adjudicated by an administrative law judge in favor of the Plaintiff on August 4, 2011; and Defendant, Commissioner of Social Security, having filed, with Plaintiff's concurrence, a motion for entry of judgment pursuant to Federal Rule of Civil Procedure 58 on August 16, 2012,

IT IS ORDERED that judgment shall be entered pursuant to Federal Rule of Civil Procedure 58.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: September 7, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 7, 2012, by electronic and/or ordinary mail.

S/Jennifer Hernandez
Case Manager

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANN M. HANCZEWSKI, | ) |
| | ) CIVIL ACTION NO. 10-cv-10133 |
| Plaintiff, | ) |
| | ) |
| | ) Judge Sean F. Cox |
| COMMISSIONER OF, | ) Magistrate Judge Mona K. Majzoub |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

This matter having been remanded to the agency pursuant to Order entered February 22, 2011; the proceedings having been adjudicated by an administrative law judge in favor of the Plaintiff on August 4, 2011; and Defendant, Commissioner of Social Security, having filed, with Plaintiff's concurrence, a motion for entry of judgment pursuant to Federal Rule of Civil Procedure 58 on August 16, 2012,

IT IS HEREBY ORDERED that the Commissioner's decision on remand is affirmed, and JUDGMENT is therefore entered in this matter.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: September 7, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 7, 2012, by electronic and/or ordinary mail.

S/Jennifer Hernandez
Case Manager